# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130528

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT W. MAYER,
      Plaintiff-Appellee,

v

DON SOMMER, LLC,
      Defendant-Appellant.

SC: 130528
COA: 263432
Oakland CC: 05-008239-AV
46th DC: LT-04-4906

_____/

      On order of the Court, the application for leave to appeal the November 29, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

s0522